# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00245-CV

**R. J. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C190138CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant R. J. R. filed her notice of appeal on May 24, 2021. The appellate record was complete on June 4, 2021, making appellant's brief due on June 24, 2021. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Rae Leifeste to file appellant's brief no later than July 20, 2021. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on June 30, 2021.

Before Justices Goodwin, Triana, and Kelly